UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW KYLE CARPENTER,

                                **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
**Felon in Possession of a Firearm**

Between approximately September 1, 2019 and August 11, 2020, in Ottawa County, in the Southern Division of the Western District of Michigan, the defendant,

**MATTHEW KYLE CARPENTER**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, namely (1) a Ruger AR-556 5.56mm rifle; (2) a CMMG MK4 5.56mm rifle; and (3) a Ruger Precision Rifle 6.5 Creedmoor caliber rifle, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

## COUNT 2
### Felon in Possession of Ammunition

Between approximately September 1, 2019 and August 11, 2020, in Ottawa County, in the Southern Division of the Western District of Michigan, the defendant,

**MATTHEW KYLE CARPENTER**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, namely (a) approximately 2,959 rounds of Federal .223 caliber ammunition; (b) approximately 1,500 rounds of American quality ammunition; (c) approximately 614 rounds of Winchester .308 caliber ammunition; (d) approximately 200 rounds of Federal 6.5 Creedmoor caliber ammunition; (e) approximately 50 rounds of Hornady 6.5 Creedmoor ammunition; (f) approximately 30 rounds of Lake City 5.56mm ammunition; (g) approximately 18 rounds of Winchester 5.56mm ammunition; and (h) approximately 6 rounds of IMI .308 caliber ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
## Count 1

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Count 1 of this Indictment,

**MATTHEW KYLE CARPENTER**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to:

1. a Ruger AR-556 5.56mm rifle;
2. a CMMG MK4 5.56mm rifle; and
3. a Ruger Precision Rifle 6.5 Creedmoor caliber rifle.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

## FORFEITURE ALLEGATION
### Count 2

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Count 2 of this Indictment,

**MATTHEW KYLE CARPENTER**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to:

1. 2,959 rounds of Federal .223 caliber ammunition;
2. 1,500 rounds of American quality ammunition;
3. 614 rounds of Winchester .308 caliber ammunition;
4. 200 rounds of Federal 6.5 Creedmoor caliber ammunition;
5. 50 rounds of Hornady 6.5 Creedmoor ammunition;
6. 30 rounds of Lake City 5.56mm ammunition;
7. 18 rounds of Winchester 5.56mm ammunition; and
8. 6 rounds of IMI .308 caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney